IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

DONALD P. SPEAKMAN, STEPHEN H. §
WEDEL and MARK L. ROBARE, §
Individually and On Behalf of All Others §
Similarly Situated, §
§
Plaintiffs, §
§
v. § Civil Action No. 04-40077-NMG
§
ALLMERICA FINANCIAL LIFE INS. & §
ANNUITY CO., FIRST ALLMERICA §
FINANCIAL LIFE INS. CO., ALLMERICA §
FINANCIAL CORP., JOHN F. O'BRIEN, §
EDWARD J. PARRY, III, RICHARD §
M. REILLY and JAMES E. BELLNER. §
§
Defendants. §

## MOTION TO ADMIT
## PRO HAC VICE

Now comes Nancy Freeman Gans, a member in good standing of the bar of this Court, and moves the admission in the above-entitled cause of action of Stephen L. Hubbard and Robert W. Biederman, of the firm of Hubbard & Biederman, L.L.P. Attorneys Hubbard and Biederman each certifies (see Certificates attached to this motion as Exhibit A) that (1) he is a member of the bar in good standing in all jurisdictions where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I have filed an appearance in the above-entitled action.

                                Respectfully submitted,

                                */s/ Nancy Freeman Gans*
                                Nancy Freeman Gans, BBO #184540
                                **MOULTON & GANS, P.C.**
                                33 Broad Street, Suite 1100
                                Boston, MA 02109-4216
                                (617) 369-7979

Dated: May 19, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on 5/19/04.

*/s/ Nancy Freeman Gans*

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

DONALD P. SPEAKMAN, STEPHEN H. WEDEL and MARK L. ROBARE, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

v.

ALLMERICA FINANCIAL LIFE INS. & ANNUITY CO., FIRST ALLMERICA FINANCIAL LIFE INS. CO., ALLMERICA FINANCIAL CORP., JOHN F. O'BRIEN, EDWARD J. PARRY, III, RICHARD M. REILLY and JAMES E. BELLNER.

Defendants.

Civil Action No. 04-40077-NMG

## CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Stephen L. Hubbard, hereby certify that:

1. I am a member in good standing of the bar of Texas.

2. There are no disciplinary proceedings pending against me as a member of the foregoing bar; and

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

HUBBARD & BIEDERMAN, LLP

By: _____
Stephen L. Hubbard

1717 Main Street, Suite 4700
Dallas, Texas 75201
Telephone: (214) 857-6000
Facsimile: (214) 857-6001

Dated: 5-14-04

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | | |
|---|---|---|
| DONALD P. SPEAKMAN, STEPHEN H. WEDEL and MARK L. ROBARE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLMERICA FINANCIAL LIFE INS. & ANNUITY CO., FIRST ALLMERICA FINANCIAL LIFE INS. CO., ALLMERICA FINANCIAL CORP., JOHN F. O'BRIEN, EDWARD J. PARRY, III, RICHARD M. REILLY and JAMES E. BELLNER.<br><br>Defendants. | § § § § § § § § § § § § § § § § § | Civil Action No. 04-40077-NMG |

## CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Robert W. Biederman, hereby certify that:

1. I am a member in good standing of the bars of Texas, Illinois, California and Massachusetts.

2. There are no disciplinary proceedings pending against me as a member of the foregoing bars; and

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

HUBBARD & BIEDERMAN, LLP

By: _____
Robert W. Biederman
Mass. Bar No. 562279

1717 Main Street, Suite 4700
Dallas, Texas 75201
Telephone: (214) 857-6000
Facsimile: (214) 857-6001

Dated: __5/14/04__