UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| DONALD P. SPEAKMAN, STEPHEN H. WEDEL and MARK L. ROBARE, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ALLMERICA FINANCIAL LIFE INS. & ANNUITY CO., FIRST ALLMERICA FINANCIAL LIFE INS. CO., ALLMERICA FINANCIAL CORP., JOHN F. O'BRIEN, EDWARD J. PARRY, III, RICHARD M. REILLY and JAMES E. BELLNER,<br><br>    Defendants. | Civil Action No. 04-40077 |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, Andrea J. Robinson, Jonathan A. Shapiro, Eric D. Levin, and Brett R. Budzinski of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP hereby enter their appearance of counsel for defendants Allmerica Financial Life Insurance & Annuity Co., First Allmerica Financial Life Insurance Co., Allmerica Financial Corp., John F. O'Brien, Edward J. Parry, III, Richard M. Reilly, and James E. Bellner in the above-captioned civil action.

- 1 -

- 2 -

                                       ALLMERICA FINANCIAL LIFE
INSURANCE & ANNUITY CO., FIRST
ALLMERICA FINANCIAL LIFE
INSURANCE CO., ALLMERICA
FINANCIAL CORP., JOHN F. O'BRIEN,
EDWARD J. PARRY, III, RICHARD M.
REILLY, and JAMES E. BELLNER

By their attorneys,


/s/ Eric D. Levin
Andrea J. Robinson (BBO No. 556337)
Jonathan A. Shapiro (BBO No. 567838)
Eric D. Levin (BBO No. 639717)
Brett R. Budzinski (BBO No. 655238)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: June 8, 2004

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on this 8th day of June, 2004 by <u>overnight mail</u> on:

Nancy Freeman Gans
Moulton & Gans, P.C.
33 Broad Street
Boston, MA 02109-4216

Stephen L. Hubbard
Robert W. Biederman
David M. Grossman
Hubbard & Biederman, LLP
1717 Main Street, Suite 4700
Dallas, TX 75201

<u>/s/ Eric D. Levin</u><br>
Eric D. Levin