UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| DONALD P. SPEAKMAN, STEPHEN H. WEDEL and MARK L. ROBARE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLMERICA FINANCIAL LIFE INS. & ANNUITY CO., FIRST ALLMERICA FINANCIAL LIFE INS. CO., ALLMERICA FINANCIAL CORP., JOHN F. O'BRIEN, EDWARD J. PARRY, III, RICHARD M. REILLY and JAMES E. BELLNER,<br><br>Defendants. | Civil Action No. 04-40077-NMG |

## **JOINT MOTION FOR SCHEDULING ORDER**

Plaintiffs Donald P. Speakman, Stephen H. Wedel, and Mark L. Robare, individually and on behalf of all others similarly situated (collectively "plaintiffs"), and defendants Allmerica Financial Life Insurance & Annuity Co., First Allmerica Financial Life Insurance Co., Allmerica Financial Corp., John F. O'Brien, Edward J. Parry, III, Richard M. Reilly, and James E. Bellner (collectively "defendants") hereby jointly move the Court to issue the following scheduling order in the above-entitled matter:

1.  Plaintiffs shall file an amended complaint on or before June 23, 2004.

2.  Defendants shall file a motion to dismiss the amended complaint on or before August 11, 2004.

- 2 -

    3.    Plaintiffs shall file an opposition to the motion to dismiss on or before September 29, 2004.

    4.    Defendants shall file a reply brief in support of their motion to dismiss on or before October 19, 2004.[1]

All briefs in support of or in opposition to the defendants' motion to dismiss shall be no longer than 25 pages in length.

WHEREFORE, the parties respectfully request that the Court allow their joint motion and issue a scheduling order as outlined above.

| | |
|---|---|
| DONALD P. SPEAKMAN, STEPHEN H. WEDEL, and MARK L. ROBARE, Individually and On Behalf of All Others Similarly Situated | ALLMERICA FINANCIAL LIFE INSURANCE & ANNUITY CO., FIRST ALLMERICA FINANCIAL LIFE INSURANCE CO., ALLMERICA FINANCIAL CORP., JOHN F. O'BRIEN, EDWARD J. PARRY, III, RICHARD M. REILLY, and JAMES E. BELLNER |
| By their attorneys, | By their attorneys, |
| /s/ Nancy Freeman Gans<br>Nancy Freeman Gans (BBO No. 184540)<br>Moulton & Gans, P.C.<br>33 Broad Street, Suite 1100<br>Boston, MA 02109-4216<br>(617) 369-7979 | /s/ Eric D. Levin<br>Andrea J. Robinson (BBO No. 556337)<br>Jonathan A. Shapiro (BBO No. 567838)<br>Eric D. Levin (BBO No. 639717)<br>Brett R. Budzinski (BBO No. 655238)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000 |
| Stephen L. Hubbard<br>Robert W. Beiderman (BBO No. 562279)<br>David M. Grossman<br>Hubbard & Biederman, LLP<br>1717 Main Street, Suite 4700<br>Dallas, TX 75201<br>(214) 857-6000 | |

Dated: June 8, 2004

---

[1] The parties have designed this schedule to accommodate the professional, personal, and religious commitments of counsel.

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served on this 8th day of June, 2004 on:

By Fax

Nancy Freeman Gans
Moulton & Gans, P.C.
33 Broad Street
Boston, MA 02109-4216

By Overnight Mail

Stephen L. Hubbard
Robert W. Biederman
David M. Grossman
Hubbard & Biederman, LLP
1717 Main Street, Suite 4700
Dallas, TX 75201

/s/ Eric D. Levin
Eric D. Levin