AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

CENTRAL DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

DONALD P. SPEAKMAN, STEPHEN H. WEDEL and MARK L. ROBARE, Individually and On Behalf of All Others Similarly Situated,

2004 JUN 14 P 1:20

**SUMMONS IN A CIVIL CASE**

U.S. DISTRICT COURT
DISTRICT OF MASS

V.

ALLMERICA FINANCIAL LIFE INS. & ANNUITY CO., FIRST AMERICA FINANCIAL LIFE INS. CO., ALLMERICA FINANCIAL CORP., JOHN F. O'BRIEN, EDWARD J. PARRY, III, RICHARD M. REILLY and JAMES E. BELLNER

CASE NUMBER:

**04-40077**

TO: (Name and address of defendant)

EDWARD J. PARRY, III
c/o Allmerica Financial Corporation
440 Lincoln Street
Worcester, MA 01653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy Freeman Gans
MOULTON & GANS, P.C.
33 Broad St., Suite 1100
Boston, MA 02109-4216
(617) 369-7979

Stephen L. Hubbard
Robert W. Biederman
David M. Grossman
HUBBARD & BIEDERMAN, L.L.P.
1717 Main St., Suite 4700
Dallas, TX 75201
(214) 857-6000

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

_____
CLERK

5-18-04
_____
DATE

_Amanda Halmainen_ (signature)
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | MAY 28, 2004 |
| NAME OF SERVER (PRINT) DANIEL GATELY | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY GIVING IN HAND TO CHARLES F. CRONIN, CLERK AND PERSON IN CHARGE OF ACCEPTING PROCESS FOR THE WITHIN NAMED DEFENDANT EDWARD J. PARRY. SAID SERVICE WAS MADE AT ALLMERICA FINANCIAL CORP., 440 LINCOLN STREET, WORCESTER, MASS.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $20.00 | $65.00 | $85.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  MAY 28, 2005          *[signature]* Daniel Gately
             Date                   Signature of Server

707 E. 6th ST., SOUTH BOSTON, MASS.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure