AO 440 (Rev. 10/93) Summons in a Civil Action.

# United States District Court

CENTRAL **DISTRICT OF** MASSACHUSETTS

DONALD P. SPEAKMAN, STEPHEN H. WEDEL
and MARK L. ROBARE, Individually and On
Behalf of All Others Similarly Situated,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

ALLMERICA FINANCIAL LIFE INS. & ANNUITY CO.,
FIRST AMERICA FINANCIAL LIFE INS. CO., ALLMERICA
FINANCIAL CORP., JOHN F. O'BRIEN, EDWARD J.
PARRY, III, RICHARD M. REILLY and JAMES E.
BELLNER

**04-40077**

TO: (Name and address of defendant)

RICHARD M. REILLY
15 Whittier Road
Needham, MA  02494-4522

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy Freeman Gans
MOULTON & GANS, P.C.
33 Broad St., Suite 1100
Boston, MA  02109-4216
(617) 369-7979

Stephen L. Hubbard
Robert W. Biederman
David M. Grossman
HUBBARD & BIEDERMAN, L.L.P.
1717 Main St., Suite 4700
Dallas, TX  75201
(214) 857-6000

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

CLERK

5-18-04

DATE

*Amanda Dobrainin* (signature)

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | MAY 24, 2004 |
| NAME OF SERVER (PRINT)  CHERYLE A. LAFFEY | TITLE  CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: KATHY REILLY, HIS WIFE.

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $10.00 | $45.00 | $55.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   MAY 24, 2004
              *Date*

*Signature of Server*  Cheryle A. Laffey

707 E. 6th ST., SOUTH BOSTON, MASS.
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.