- 1 -

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| DONALD P. SPEAKMAN, STEPHEN H. WEDEL and MARK L. ROBARE, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>ALLMERICA FINANCIAL LIFE INS. & ANNUITY CO., FIRST ALLMERICA FINANCIAL LIFE INS. CO., and ALLMERICA FINANCIAL CORP.,<br><br>        Defendants. | Civil Action No. 4:04-CV-40077-FDS |

**DEFENDANTS' ASSENTED-TO MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

Defendants Allmerica Financial Life Insurance & Annuity Co., First Allmerica Financial Life Insurance Co., and Allmerica Financial Corp. (collectively "defendants") respectfully move for an extension of time to file a reply brief in support of their motion to dismiss from October 29, 2004 to November 1, 2004. Plaintiffs have assented to this requested extension. As grounds for this motion, defendants state as follows:

1.    Defendants filed a motion to dismiss the above-entitled action on August 11, 2004. Plaintiffs filed an opposition to the motion to dismiss on September 29, 2004.

2.    Defendants' reply brief in support of their motion to dismiss is currently due on October 29, 2004.

3.    Defendants seek a short extension of time to November 1, 2004 to file a reply brief in order to accommodate their professional and personal schedules.

- 1 -

- 2 -

4. Plaintiffs have assented to the requested extension of time.

WHEREFORE, the defendants respectfully request that the Court extend the deadline for filing a reply brief in support of their motion to dismiss to November 1, 2004.

ALLMERICA FINANCIAL LIFE INSURANCE & ANNUITY CO., FIRST ALLMERICA FINANCIAL LIFE INSURANCE CO., and ALLMERICA FINANCIAL CORP.

By their attorneys,

/s/ Eric D. Levin
Andrea J. Robinson (BBO No. 556337)
Jonathan A. Shapiro (BBO No. 567838)
Eric D. Levin (BBO No. 639717)
Brett R. Budzinski (BBO No. 655238)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: October 28, 2004

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served on this 28th day of October, 2004 on:

<u>By Fax</u>

Nancy Freeman Gans
Moulton & Gans, P.C.
33 Broad Street
Boston, MA 02109-4216

<u>By Overnight Mail</u>

Stephen L. Hubbard
Robert W. Biederman
David M. Grossman
Hubbard & Biederman, LLP
1717 Main Street, Suite 4700
Dallas, TX 75201

                                                /s/ Eric D. Levin
                                                Eric D. Levin