UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| DONALD P. SPEAKMAN, STEPHEN H. WEDEL and MARK L. ROBARE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLMERICA FINANCIAL LIFE INS. & ANNUITY CO., FIRST ALLMERICA FINANCIAL LIFE INS. CO., and ALLMERICA FINANCIAL CORP.,<br><br>Defendants. | Civil Action No. 4:04-CV-40077-FDS |

**DEFENDANTS' ASSENTED-TO MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

Defendants Allmerica Financial Life Insurance & Annuity Co., First Allmerica Financial Life Insurance Co., and Allmerica Financial Corp. (collectively "defendants") respectfully move for a one-week extension of time to respond to plaintiffs' First Amended Class Action Complaint ("Complaint") from May 5, 2005 to May 12, 2005.  Plaintiffs have assented to this requested extension.  As grounds for this motion, defendants state as follows:

1. The Court denied defendants' motion to dismiss the above-entitled action on April 21, 2005.

2. Defendants' Answer to the Complaint is currently due on May 5, 2005.

3. Defendants seek a one-week extension of time to May 12, 2005 to respond to the Complaint in order to accommodate their professional and personal schedules.

4. Plaintiffs have assented to the requested extension of time.

- 2 -

WHEREFORE, the defendants respectfully request that the Court extend the deadline to respond to the Complaint to May 12, 2005.

                                             ALLMERICA FINANCIAL LIFE INSURANCE & ANNUITY CO., FIRST ALLMERICA FINANCIAL LIFE INSURANCE CO., and ALLMERICA FINANCIAL CORP.

                                             By their attorneys,

                                           /s/ Eric D. Levin
                                           Andrea J. Robinson (BBO No. 556337)
                                           Jonathan A. Shapiro (BBO No. 567838)
                                           Eric D. Levin (BBO No. 639717)
                                           Brett R. Budzinski (BBO No. 655238)
                                           Wilmer Cutler Pickering Hale and Dorr LLP
                                           60 State Street
                                           Boston, MA 02109
                                           (617) 526-6000

Dated: May 2, 2005

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served on this 2nd day of May, 2005 on:

By Fax

Nancy Freeman Gans
Moulton & Gans, P.C.
33 Broad Street
Boston, MA 02109-4216

By Overnight Mail

Stephen L. Hubbard
Robert W. Biederman
David M. Grossman
Hubbard & Biederman, LLP
1717 Main Street, Suite 4700
Dallas, TX 75201

/s/ Eric D. Levin
Eric D. Levin

US1DOCS 5087701v1