UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| Donald P. Speakman, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>) | Case No.: 4:04-CV-40077-FDS |
| )<br>Allmerica Financial Life Ins. & Annuity Co., )<br>First Allmerica Financial Life Ins. Co., and )<br>Allmerica Financial Corp., )<br>)<br>Defendants. )<br>) | |

**NOTICE OF APPEARANCE**

The undersigned counsel hereby enters his appearance as co-counsel for the defendants Allmerica Financial Life Ins. & Annuity Co., First Allmerica Financial Life Ins. Co., and Allmerica Financial Corp. Wilmer Cutler Pickering Hale and Dorr LLP will remain as lead counsel for defendants.

                                                          Respectfully submitted,

                                                          Allmerica Financial Life Ins. & Annuity
                                                          Co., et al.
                                                          By their attorneys,

                                                          /s/ Alex Hahn
                                                          C. Alex Hahn (BBO #634133)
                                                          Scibelli, Whiteley and Stanganelli, LLP
                                                          50 Federal Street, Fifth Floor
                                                          Boston, MA 02110
                                                          (617) 227-5725

Dated: August 25, 2005