UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |
|---|---|
| DONALD P. SPEAKMAN, STEPHEN H. WEDEL, and MARK L. ROBARE, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiffs and<br>　　　　Counterclaim Defendants,<br><br>v.<br><br>ALLMERICA FINANCIAL LIFE INS. & ANNUITY CO., FIRST ALLMERICA FINANCIAL LIFE INS. CO., and ALLMERICA FINANCIAL CORP.,<br><br>　　　　Defendants and<br>　　　　Counterclaim Plaintiffs. | Civil Action No. 4:04-cv-40077-FDS |

## EMERGENCY MOTION FOR ORDER EXTENDING SCHEDULE FOR CLASS CERTIFICATION BRIEFING

　　Pursuant to Federal Rule of Civil Procedure 6(b), Defendants and Counterclaim Plaintiffs Allmerica Financial Life Insurance & Annuity Company, First Allmerica Financial Life Insurance Company, and Allmerica Financial Corporation hereby move to extend the schedule for briefing on Plaintiffs' Motion for Class Certification by 60 days, to allow Defendants to file their Opposition to the Motion for Class Certification by December 5, 2005, and for Plaintiffs to file any reply brief by January 4, 2006, following which a hearing on the Motion would be scheduled.

　　The grounds for this Motion are set forth in Defendants' Memorandum filed herewith.

-2-

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Counsel for Defendants certifies that they have attempted in good faith to resolve or narrow the issues raised in this Motion, but have been unable to do so.

                Respectfully Submitted,

                ALLMERICA FINANCIAL LIFE
                INSURANCE & ANNUITY CO., FIRST
                ALLMERICA FINANCIAL LIFE
                INSURANCE CO., and ALLMERICA
                FINANCIAL CORP.

                By their attorneys,

                /s/ Brett R. Budzinski
                Andrea J. Robinson (BBO No. 556337)
                Jonathan A. Shapiro (BBO No. 567838)
                Eric D. Levin (BBO No. 639717)
                Brett R. Budzinski (BBO No.655238)
                Wilmer Cutler Pickering Hale and Dorr LLP
                60 State Street
                Boston, MA 02109
                (617) 526-6000

Dated: September 8, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on this 8th day of September, 2005 by <u>overnight mail</u> on:

Nancy Freeman Gans
Moulton & Gans, P.C.
33 Broad Street
Boston, MA 02109-4216

Stephen L. Hubbard
Robert W. Biederman
Hubbard & Biederman, LLP
1717 Main Street, Suite 4700
Dallas, TX 75201

                                                /s/ Brett R. Budzinski
                                                Brett R. Budzinski