IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

_____

| | | |
|---|---|---|
| DONALD P. SPEAKMAN, STEPHEN H. WEDEL and MARK L. ROBARE, Individually and On Behalf of All Others Similarly Situated, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No.  4:04-cv-40077-FDS |
| ALLMERICA FINANCIAL LIFE INS. & ANNUITY CO., FIRST ALLMERICA FINANCIAL LIFE INS. CO. and ALLMERICA FINANCIAL CORP. | § § § § | |
| Defendants | § § § | |

_____

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS'
MOTION FOR PROTECTIVE ORDER CONCERNING THE
SCHEDULING OF PLAINTIFFS' DEPOSITIONS**

Now come Plaintiffs and move this Court for leave to file the attached Reply

Memorandum in Support of Plaintiffs' Motion for Protective Order Concerning the Scheduling

of Plaintiffs' Depositions.  In support thereof, Plaintiffs state that the additional matter contained

in the Reply Memorandum will aid the Court in its adjudication of the pending Motion.

Dated September 20, 2005.                    Respectfully submitted,


                                             **MOULTON & GANS, P.C.**

                                             By: /s/ Nancy Freeman Gans
                                                  Nancy Freeman Gans, BBO No. 184540
                                             33 Broad Street, Suite 1100
                                             Boston, Massachusetts 02109-4216
                                             Telephone: (617) 369-7979
                                             Facsimile: (617) 369-7980

Stephen L. Hubbard
Robert W. Biederman
BBO No. 562279
**HUBBARD & BIEDERMAN, LLP**
1717 Main Street, Suite 4700
Dallas, Texas 75201
Telephone: (214) 857-6000
Facsimile: (214) 857-6001

***ATTORNEYS FOR PLAINTIFFS***


## LOCAL RULE 7.1(A)(2) CERTIFICATE

I, Nancy Freeman Gans, Esquire, Moulton & Gans, P.C., counsel for Plaintiffs, hereby certify that on September 20, 2005, I tried to reach Jonathan A. Shapiro, Esquire, and Eric Levin, Esquire, Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants, by telephone, regarding the within Motion in a good faith attempt to resolve or narrow the issues.  Both are traveling and cannot be timely reached, so defendants have taken no position with respect to this Motion.

 /s/ Nancy Freeman Gans
Nancy Freeman Gans


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by facsimile and first class mail on this the 20th day of September, 2005, to the following attorneys for defendants:

Jonathan A. Shapiro
**WILMER CUTLER PICKERING
  HALE and DORR LLP**
60 State Street
Boston, MA 02109
(617) 526-5000 fax

Brian E. Whiteley, Esq.
C. Alex Hahn, Esq.
**SCIBELLI, WHITELEY and
  STANGANELLI, LLP**
50 Federal Street, Fifth Floor
Boston, MA 02110
 (617) 722-6003 fax

/s/ Nancy Freeman Gans
Nancy Freeman Gans