# WILMER CUTLER PICKERING
## HALE AND DORR LLP

August 8, 2005

**By E-Mail**

Nancy Freeman Gans, Esq.
Moulton & Gans, P.C.
33 Broad Street
Boston, MA 02109

RECEIVED
AUG 1 0 2005

Eric D. Levin

60 STATE STREET
BOSTON, MA 02109
+1 617 526 6879
+1 617 526 5000 fax
eric.levin@wilmerhale.com

Re: Donald Speakman, et al. v. Allmerica Financial Life Insurance and Annuity Co., et al.
Civil Action No. 4:04-CV-40077-FDS

Dear Nancy:

Enclosed in the above-entitled matter please find the following discovery responses:

1. Defendant Allmerica Financial Life Insurance & Annuity Company's Response to Plaintiffs' First Set of Interrogatories

2. Defendant First Allmerica Financial Life Insurance Company's Response to Plaintiffs' First Set of Interrogatories

3. Defendant Allmerica Financial Corporation's Response to Plaintiffs' First Set of Interrogatories

4. Defendant Allmerica Financial Life Insurance & Annuity Company's Response to Plaintiffs' First Set of Requests for Admissions

5. Defendant First Allmerica Financial Life Insurance Company's Response to Plaintiffs' First Set of Requests for Admissions

6. Defendant Allmerica Financial Corporation's Response to Plaintiffs' First Set of Requests for Admissions

As Rob Biederman and I agreed on August 4, the defendants are providing these written discovery responses subject to plaintiffs' agreement to keep them confidential as "Attorney's Eyes Only" and not to use them for any purpose other than the litigation, until the Court enters a Protective Order in this case.

Enclosed for your review please also find a draft Protective Order.



BALTIMORE   BEIJING   BERLIN   BOSTON   BRUSSELS   LONDON
MUNICH   NEW YORK   NORTHERN VIRGINIA   OXFORD   WALTHAM   WASHINGTON

Nancy Freeman Gans, Esq.
August 8, 2005
Page 2

Please call me if you have any questions.

Very truly yours,

*[signature]*

Eric D. Levin

EDL:edl
Enclosures

cc:    Stephen L. Hubbard, Esq. (by e-mail)