IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| DONALD P. SPEAKMAN, STEPHEN H. WEDEL and MARK L. ROBARE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALLMERICA FINANCIAL LIFE INS. & ANNUITY CO., FIRST ALLMERICA FINANCIAL LIFE INS. CO. and ALLMERICA FINANCIAL CORP. <br><br> Defendants | § § § § § § § § § § § § § § § § <br><br> Civil Action No. 4:04-cv-40077-FDS |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS'
MOTION FOR ENTRY OF PROTECTIVE ORDER CONCERNING
CONFIDENTIALITY OF DOCUMENTS AND INFORMATION**

Now come Plaintiffs and move this Court for leave to file the attached Reply Memorandum in Support of Plaintiffs' Motion for Protective Order Concerning Confidentiality of Documents and Information. In support thereof, Plaintiffs state that the additional matter contained in the Reply Memorandum will aid the Court in its adjudication of the pending Motion.

Dated September 22, 2005.                    Respectfully submitted,

**MOULTON & GANS, P.C.**

By: /s/ Nancy Freeman Gans
    Nancy Freeman Gans, BBO No. 184540
33 Broad Street, Suite 1100
Boston, Massachusetts 02109-4216
Telephone: (617) 369-7979
Facsimile: (617) 369-7980

                    Stephen L. Hubbard
                    Robert W. Biederman
                    BBO No. 562279
                    **HUBBARD & BIEDERMAN, LLP**
                    1717 Main Street, Suite 4700
                    Dallas, Texas 75201
                    Telephone: (214) 857-6000
                    Facsimile: (214) 857-6001

                    *ATTORNEYS FOR PLAINTIFFS*

## LOCAL RULE 7.1(A)(2) CERTIFICATE

I, Nancy Freeman Gans, Esquire, Moulton & Gans, P.C., counsel for Plaintiffs, hereby certify that on September 22, 2005, I tried to reach Jonathan A. Shapiro, Esquire, and Eric Levin, Esquire, Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants, by telephone, regarding the within Motion in a good faith attempt to resolve or narrow the issues. Both are traveling and cannot be timely reached, so defendants have taken no position with respect to this Motion.

                    /s/ Nancy Freeman Gans
                    Nancy Freeman Gans

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by facsimile and first class mail on this the 22nd day of September, 2005, to the following attorneys for defendants:

| | |
|---|---|
| Jonathan A. Shapiro | Brian E. Whiteley, Esq. |
| **WILMER CUTLER PICKERING** | C. Alex Hahn, Esq. |
|   **HALE and DORR LLP** | **SCIBELLI, WHITELEY and** |
| 60 State Street |   **STANGANELLI, LLP** |
| Boston, MA 02109 | 50 Federal Street, Fifth Floor |
| (617) 526-5000 fax | Boston, MA 02110 |
| | (617) 722-6003 fax |

                    /s/ Nancy Freeman Gans
                    Nancy Freeman Gans