UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| DONALD P. SPEAKMAN, et al. ) | |
| ) | |
| Plaintiffs and Counterclaim Defendants, ) | |
| ) | Civil Action No. 4:04-cv-40077-FDS |
| v. ) | |
| ) | |
| ALLMERICA FINANCIAL LIFE INS. & ) | **ORAL ARGUMENT REQUESTED** |
| ANNUITY CO., et al. ) | |
| ) | |
| Defendants and Counterclaim Plaintiffs. ) | |

### EMERGENCY MOTION TO EXTEND SCHEDULE FOR CLASS CERTIFICATION BRIEFING

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants and Counterclaim Plaintiffs Allmerica Financial Life Insurance & Annuity Company, First Allmerica Financial Life Insurance Company, and Allmerica Financial Corporation hereby move to extend the deadline within which to file their Opposition to plaintiffs' Motion for Class Certification to be ten (10) days following the conclusion of named Plaintiff Donald Speakman's deposition.

The grounds for this Motion are set forth in Defendants' Memorandum filed herewith.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), the defendants hereby request that the Court grant a hearing on their Emergency Motion. In support of this request, the defendants believe that oral argument will assist the Court in clarifying and evaluating the issues raised in the Motion.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Counsel for Defendants certifies that they have attempted in good faith to resolve or narrow the issues raised in this Motion, but have been unable to do so.

WHEREFORE, defendants respectfully request that the Court:

i. Extend the deadline for Defendants to file their Opposition to plaintiffs' Motion for Class Certification to be ten (10) days following the conclusion of Donald Speakman's deposition;

ii. Order that Mr. Speakman answer the questions that he previously refused to answer;

iii. Award Allmerica the fees and costs it incurred in filing what should have been an unnecessary Motion; and

iv. Grant such further relief as is just and proper.

    Respectfully submitted,

    ALLMERICA FINANCIAL LIFE INSURANCE & ANNUITY CO., FIRST ALLMERICA FINANCIAL LIFE INSURANCE CO., and ALLMERICA FINANCIAL CORP.

    By their attorneys,

    /s/ Jonathan A. Shapiro
    Andrea J. Robinson (BBO No. 556337)
    Jonathan A. Shapiro (BBO No. 567838)
    Eric D. Levin (BBO No. 639717)
    Brett R. Budzinski (BBO No. 655238)
    Wilmer Cutler Pickering Hale and Dorr LLP
    60 State Street
    Boston, MA 02109
    (617) 526-6000

Dated: November 7, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on this 7th day of November, 2005 by <u>overnight mail and e-mail</u> on:

Nancy Freeman Gans
Moulton & Gans, P.C.
33 Broad Street
Boston, MA 02109-4216

Stephen L. Hubbard
Robert W. Biederman
David M. Grossman
Hubbard & Biederman, LLP
1717 Main Street, Suite 4700
Dallas, TX 75201

/s/ Jonathan A. Shapiro
Jonathan A. Shapiro
