IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | | |
|---|---|---|
| DONALD P. SPEAKMAN, STEPHEN H. WEDEL and MARK L. ROBARE, Individually and On Behalf of All Others Similarly Situated, | § § § § § | |
| Plaintiffs, | § § | |
| | § | Civil Action No.  4:04-cv-40077-FDS |
| v. | § § | |
| ALLMERICA FINANCIAL LIFE INS. & ANNUITY CO., FIRST ALLMERICA FINANCIAL LIFE INS. CO. and ALLMERICA FINANCIAL CORP. | § § § § § | |
| Defendants | § | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS'
MOTION TO COMPEL DISCOVERY**

Now come Plaintiffs and move this Court for leave to file the attached Reply

Memorandum in Support of Plaintiffs' Motion to Compel Discovery.  In support thereof,

Plaintiffs state that it is necessary to respond to the matter contained in the Defendants'

Opposition to Plaintiffs' Motion to Compel Discovery to complete the record, and the Reply will

therefore aid the court in its adjudication of the matter pending before it.

Dated November 14, 2005.                              Respectfully submitted,

                                                     **MOULTON & GANS, P.C.**

                                                     By: /s/ Nancy Freeman Gans
                                                         Nancy Freeman Gans, BBO No. 184540
                                                     33 Broad Street, Suite 1100
                                                     Boston, Massachusetts 02109-4216
                                                     Telephone: (617) 369-7979
                                                     Facsimile: (617) 369-7980

                                                     Stephen L. Hubbard

Robert W. Biederman
BBO No. 562279
**HUBBARD & BIEDERMAN, LLP**
1717 Main Street, Suite 4700
Dallas, Texas 75201
Telephone: (214) 857-6000
Facsimile: (214) 857-6001

***ATTORNEYS FOR PLAINTIFFS***


## LOCAL RULE 7.1(A)(2) CERTIFICATE

I, Nancy Freeman Gans, Esquire, Moulton & Gans, P.C., counsel for Plaintiffs, hereby certify that on November 14, 2005, David Grossman, Esquire, Hubbard & Biederman, LLP, spoke with Eric Levin, Esquire, Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants, by telephone, regarding the within Motion. Defendants oppose this motion.

 /s/ Nancy Freeman Gans
Nancy Freeman Gans


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by facsimile and first class mail on this the 14th day of November, 2005, to the following attorneys for defendants:

| | |
|---|---|
| Jonathan A. Shapiro, Esq. | Brian E. Whiteley, Esq. |
| **WILMER CUTLER PICKERING** | C. Alex Hahn, Esq. |
| **HALE and DORR LLP** | **SCIBELLI, WHITELEY and** |
| 60 State Street | **STANGANELLI, LLP** |
| Boston, MA 02109 | 50 Federal Street, Fifth Floor |
| (617) 526-5000 fax | Boston, MA 02110 |
| | (617) 722-6003 fax |

/s/ Nancy Freeman Gans
Nancy Freeman Gans