IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | | |
|---|---|---|
| DONALD P. SPEAKMAN, STEPHEN H. WEDEL and MARK L. ROBARE, Individually and On Behalf of All Others Similarly Situated, | § § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:04-cv-40077-FDS |
| v. | § § | |
| ALLMERICA FINANCIAL LIFE INS. & ANNUITY CO., FIRST ALLMERICA FINANCIAL LIFE INS. CO., and ALLMERICA FINANCIAL CORP. | § § § § § | |
| Defendants. | § § | |

### PLAINTIFFS' NOTICE OF FILING WITH CLERK'S OFFICE OF DOCUMENTS UNDER SEAL

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court UNDER SEAL and are available in paper form only:

1. Reply Memorandum in Support of Plaintiffs' Motion for Class Certification, with Appendix of Exhibits to Reply Memorandum in Support of Plaintiffs' Motion for Class Certification, and Appendix of Deposition Excerpts to Reply Memorandum in Support of Plaintiffs' Motion for Class Certification.

The original documents are maintained in the Clerk's Office UNDER SEAL..

Dated: December 6, 2005

Respectfully submitted,

Stephen L. Hubbard
Robert W. Biederman, BBO # 562279
David M. Grossman
**HUBBARD & BIEDERMAN, LLP**
1717 Main Street, Suite 4700
Dallas, Texas 75201
Telephone: (214) 857-6000
Facsimile: (214) 857-6001

                    **MOULTON & GANS, P.C.**

By: /s/ Nancy Freeman Gans
    Nancy Freeman Gans, BBO #184540
33 Broad Street, Suite 1100
Boston, Massachusetts 02109-4216
Telephone: (617) 369-7979
Facsimile: (617) 369-7980

*Attorneys for Plaintiffs and the Class*

### CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served by hand delivery on this the 6th day of December, 2005, to the following attorneys for defendants:

| | |
|---|---|
| Jonathan A. Shapiro, Esq.<br>**WILMER CUTLER PICKERING**<br>  **HALE and DORR LLP**<br>60 State Street<br>Boston, MA 02109<br>(617) 526-5000 fax | Brian E. Whiteley, Esq.<br>C. Alex Hahn, Esq.<br>**SCIBELLI, WHITELEY and**<br>    **STANGANELLI, LLP**<br>50 Federal Street, Fifth Floor<br>Boston, MA 02110<br> (617) 722-6003 fax |

                    /s/ Nancy Freeman Gans
                    Nancy Freeman Gans