IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | | |
|---|---|---|
| DONALD P. SPEAKMAN, STEPHEN H. WEDEL and MARK L. ROBARE, Individually and On Behalf of All Others Similarly Situated, | § § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:04-cv-40077-FDS |
| v. | § § | |
| ALLMERICA FINANCIAL LIFE INS. & ANNUITY CO., FIRST ALLMERICA FINANCIAL LIFE INS. CO., and ALLMERICA FINANCIAL CORP. | § § § § § | |
| Defendants. | § § | |

**STIPULATION CONCERNING PLAINTIFFS' MOTION TO COMPEL**

Plaintiffs Donald P. Speakman, Stephen H. Wedel, and Mark L. Robare ("Plaintiffs") and Defendants Allmerica Financial Life Ins. & Annuity Co., First Allmerica Financial Life Ins. Co., and Allmerica Financial Corp. ("Defendants") enter into this Stipulation Concerning Plaintiffs' Motion to Compel:

1. On October 27, 2005, Plaintiffs filed their Motion to Compel Discovery. On November 10, Defendants filed their Opposition to the Motion to Compel Discovery. On November 14, Plaintiffs filed their Reply Memorandum In Support of Motion to Compel Discovery. Magistrate Judge Swartwood held a hearing concerning the Motion to Compel on December 8.

2. As to certain aspects of the Motion to Compel Discovery, the parties have reached an agreement.

3. As part of that agreement, Defendants have produced certain documents, and agreed to produce all documents relating to Plaintiffs' Motion for Class Certification that were sought in Plaintiffs' Motion to Compel Discovery.

4. In light of these events, for purposes of Plaintiffs' Motion for Class Certification and the hearing that is scheduled on this Wednesday, December 14, Plaintiffs are not seeking any relief in the Motion to Compel.

5. This Stipulation is without prejudice to the parties' right as to litigate or seek relief in connection with the Motion to Compel, other than for purposes of the Motion for Class Certification.

Stephen L. Hubbard
Robert W. Biederman (BBO No. 562279)
HUBBARD & BIEDERMAN, LLP
1717 Main Street, Suite 4700
Dallas, Texas 75201
Telephone: (214) 857-6000
Facsimile: (214) 857-6001

Nancy Freeman Gans (BBO No. 184540)
MOULTON & GANS, P.C.
33 Broad Street, Suite 1100
Boston, Massachusetts 02109-4216
Telephone: (617) 369-7979
Facsimile: (617) 369-7980

By: /s/ Nancy Freeman Gans
    ATTORNEYS FOR PLAINTIFFS


Andrea J. Robinson (BBO 556337)
Jonathan A. Shapiro (BBO 567838)
Peter A. Spaeth (BBO No. 545202)
Eric D. Levin (BBO No. 639717)
Brett R. Budzinski (BBO No. 655238
WILMER CUTLER PICKERING
HALE and DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000

By: /s/ Eric D. Levin
    ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by facsimile and first class mail on this the 12th day of December, 2005, to counsel of record.

/s/ Eric D. Levin
Eric D. Levin

USIDOCS 5422585v1