UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

---

DONALD P. SPEAKMAN, STEPHEN H.
WEDEL and MARK L. ROBARE,
Individually and On Behalf of All Others
Similarly Situated,

        Plaintiffs and Counterclaim
        Defendants,

    v.

ALLMERICA FINANCIAL LIFE INS. &
ANNUITY CO., FIRST ALLMERICA
FINANCIAL LIFE INS. CO., and
ALLMERICA FINANCIAL CORP.,

        Defendants and Counterclaim
        Plaintiffs.

Civil Action No. 4:04-CV-40077-FDS

---

**DEFENDANTS' MOTION FOR LEAVE TO FILE A SUR-REPLY MEMORANDUM IN
OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Defendants and Counterclaim Plaintiffs Allmerica Financial Life Insurance and Annuity

Company ("AFLIAC"), First Allmerica Financial Life Insurance Company ("FAFLIC"), and

Allmerica Financial Corporation ("AFC") (collectively, "Allmerica" or "Defendants") hereby

request leave to file the accompanying Sur-Reply Memorandum in Opposition to the Motion for

Class Certification filed by Plaintiffs and Counterclaim Defendants Donald Speakman, Stephen

Wedel, and Mark Robare.

The grounds for this motion are as follows:

1.      Plaintiffs' last week served a Reply Memorandum in support of their Motion for

Class Certification ("Reply") that departed in key respects from the grounds they identified in

their much shorter Opening Memorandum as the basis for the Motion, including new/revised legal theories, factual assertions and citations.

2.      For example, in their Reply, Plaintiffs now propose bifurcation of common issues from the individual issues in a manner that courts have found defeat certification and which may implicate the Seventh Amendment and this Court's ability to manage this litigation.  Plaintiffs also now argue that a new statistical analysis favors certification, and rely on documents to argue predominance; none of these were identified as the basis for the Motion that they previously filed.

3.      Defendants would appreciate the opportunity to respond to the Reply Brief.

4.      Defendants believe that the filing of the enclosed Sur-Reply will assist the Court's consideration of the pending Motion for Class Certification, and also will allow for a more efficient hearing this week.

US1DOCS 5421619v1

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), counsel for Defendants conferred with counsel for

Plaintiffs regarding this Motion on July 26, 2001, who indicated that Plaintiffs do not assent to

its filing.

ALLMERICA FINANCIAL LIFE
INSURANCE & ANNUITY CO., FIRST
ALLMERICA FINANCIAL LIFE
INSURANCE CO., and ALLMERICA
FINANCIAL CORP.

By their attorneys,


/s/ Eric D. Levin
Andrea J. Robinson (BBO No. 556337)
Jonathan A. Shapiro (BBO No. 567838)
Peter A. Spaeth (BBO No. 545202)
Eric D. Levin (BBO No. 639717)
Brett R. Budzinski (BBO No. 655238)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: December 12, 2005

US1DOCS 5421619v1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on this 12th day of December, 2005 on:

By E-Mail and Overnight Mail

Nancy Freeman Gans
Moulton & Gans, P.C.
33 Broad Street
Boston, MA 02109-4216

By E-Mail and Overnight Mail

Stephen L. Hubbard
Robert W. Biederman
David M. Grossman
Hubbard & Biederman, LLP
1717 Main Street, Suite 4700
Dallas, TX 75201

/s/ Eric D. Levin
Eric D. Levin

US1DOCS 5421619v1