IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| DONALD P. SPEAKMAN, STEPHEN H. WEDEL and MARK L. ROBARE, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>v.<br><br>ALLMERICA FINANCIAL LIFE INS. & ANNUITY CO., FIRST ALLMERICA FINANCIAL LIFE INS. CO., and ALLMERICA FINANCIAL CORP.<br><br>            Defendants. | Civil Action No.  4:04-cv-40077-FDS |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that effective January 31, 2006, the address for Moulton & Gans, P.C. will change to the following:

> Moulton & Gans, P.C.
> 55 Cleveland Road
> Wellesley, MA 02481

Please take further notice that the firm's telephone and facsimile numbers will change as follows:

> Telephone Number:   781-235-2246
> Fax Number:         781-239-0353.

Dated: January 12, 2006                Respectfully submitted,

/s/ Nancy Freeman Gans
Nancy Freeman Gans, BBO #184540
**MOULTON & GANS, P.C.**
33 Broad Street, Suite 1100
Boston, MA 02109
(617) 369-7979

## CERTIFICATE OF SERVICE

      I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party by mailing same, postage prepaid, on January 12, 2006.

                                                /s/ Nancy Freeman Gans
                                                Nancy Freeman Gans