IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | | |
|---|---|---|
| DONALD P. SPEAKMAN, STEPHEN H. WEDEL and MARK L. ROBARE, Individually and On Behalf of All Others Similarly Situated, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No.  4:04-cv-40077-FDS |
| ALLMERICA FINANCIAL LIFE INS. & ANNUITY CO., FIRST ALLMERICA FINANCIAL LIFE INS. CO., and ALLMERICA FINANCIAL CORP. | § § § § § | |
| Defendants. | § | |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION
TO FILE SECOND AMENDED COMPLAINT**

On this date came on to be heard Plaintiff's Unopposed Motion to File Second Amended Complaint.  Having considered the submissions and the agreement of the parties, this Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Unopposed Motion to File Second Amended Complaint is GRANTED.

Dated: _____, 2006.


_____
THE HONORABLE F. DENNIS SAYLOR, IV
U.S. DISTRICT COURT JUDGE