HUBBARD & BIEDERMAN, L.L.P.
Federal Tax I.D. No. 75-278-5105
1717 Main Street, Suite 4700
Dallas, TX 75201
(214) 857-6000

July 10, 2006
Invoice Number 10333

FILE:   Speakman, et al. v. Allmerica Fin. Life Ins. & Annuity Co., et al.

TIME REPORT - INCEPTION THROUGH 6/30/2006

71074-000

|  | Hours | Amount |
|---|---|---|
| Biederman, Robert W. | 1755.10 | 789,795.00 |
| Grossman, David M. | 292.00 | 84,680.00 |
| Hubbard, Stephen L. | 2716.50 | 1,222,425.00 |
| Ostrander, Daphne A. | 464.00 | 55,680.00 |
| Rogers, M. Cecilia | 12.75 | 1,275.00 |
| Sims, F. Marie | 0.50 | 50.00 |
| SUBTOTAL |  | $2,153,905.00 |
| TOTAL FEES | 5240.85 | $2,153,905.00 |
| TOTAL BALANCE DUE |  | $2,153,905.00 |

EXHIBIT
3

July 10, 2006
71074-000
Page         2

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Hubbard, Stephen L. | 2716.50 | 450.00 | $1,222,425.00 |
| Biederman, Robert W. | 1755.10 | 450.00 | $789,795.00 |
| Grossman, David M. | 292.00 | 290.00 | $84,680.00 |
| Ostrander, Daphne A. | 464.00 | 120.00 | $55,680.00 |
| Rogers, M. Cecilia | 12.75 | 100.00 | $1,275.00 |
| Sims, F. Marie | 0.50 | 100.00 | $50.00 |