UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CENTRAL DIVISION

DONALD P. SPEAKMAN, STEPHEN
H. WEDEL and MARK L. ROBARE,
Individually and On Behalf of All Others
Similarly Situated,

    Plaintiffs,

v.

ALLMERICA FINANCIAL LIFE INS.
& ANNUITY CO., FIRST ALLMERICA
FINANCIAL LIFE INS. CO.,
ALLMERICA FINANCIAL CORP.,
JOHN F. O'BRIEN, EDWARD J.
PARRY, III, RICHARD M. REILLY and
JAMES E. BELLNER,

    Defendants.

Civil Action No. 04-40077

MOULTON & GANS, P.C.

TIME REPORT —May 12, 2004 – June 30, 2006

| Name | Total Hrs. | Hourly Rate | Total Lodestar |
|---|---|---|---|
| **PARTNERS:** | | | |
| Nancy Freeman Gans | 55.90 | $495.00 | $27,670.50 |
| | | | |
| TOTAL LODESTAR | | | $27,670.50 |

EXHIBIT 2

## EXPENSE REPORT — May 12, 2004 –June 30, 2006

| **Categories:** | **Amount** |
|---|---:|
| Photocopies/Reproduction | $1,264.25 |
| Postage/Notice Costs | $158.34 |
| Messengers/Express Mail Services | $181.09 |
| Facsimile Charges | $676.00 |
| Miscellaneous | $17.85 |
| **TOTAL EXPENSES:** | $2,297.53 |