**HUBBARD & BIEDERMAN, L.L.P.**
Federal Tax I.D. No. 75-278-5105
1717 Main Street, Suite 4700
Dallas, TX 75201
(214) 857-6000

August 02, 2006
Invoice Number 10337

FILE:     Speakman, et al. v. Allmerica Fin. Life Ins. & Annuity Co., et al.

TIME REPORT - INCEPTION THROUGH 7/31/2006

71074-000

|  | Hours | Amount |
|---|---|---|
| Biederman, Robert W. | 1832.60 | 824,670.00 |
| Grossman, David M. | 292.00 | 84,680.00 |
| Hubbard, Stephen L. | 2762.50 | 1,243,125.00 |
| Ostrander, Daphne A. | 477.25 | 57,270.00 |
| Rogers, M. Cecilia | 12.75 | 1,275.00 |
| Sims, F. Marie | 0.50 | 50.00 |
| SUBTOTAL |  | $2,211,070.00 |
| TOTAL FEES | 5377.60 | $2,211,070.00 |
| TOTAL BALANCE DUE |  | $2,211,070.00 |

EXHIBIT

A

August 02, 2006
71074-000
Page        2

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Hubbard, Stephen L. | 2762.50 | 450.00 | $1,243,125.00 |
| Biederman, Robert W. | 1832.60 | 450.00 | $824,670.00 |
| Grossman, David M. | 292.00 | 290.00 | $84,680.00 |
| Ostrander, Daphne A. | 477.25 | 120.00 | $57,270.00 |
| Rogers, M. Cecilia | 12.75 | 100.00 | $1,275.00 |
| Sims, F. Marie | 0.50 | 100.00 | $50.00 |