**HUBBARD & BIEDERMAN, LLP**

**SPEAKMAN , ET AL. V. ALLMERICA FINANCIAL**
**LIFE INS. & ANNUITY CO., ET AL.; In the USDC for the District of**
**Massachusetts in the Worcester Division; NO. 4:04-CV-40077-FDS**

**Total Expenses from Inception Through July 31, 2006**

## EXPENSE CATEGORIES

| | | |
|---|---|---|
| 1. | BUSINESS MEALS | $1,046.56 |
| 2. | COURT FILING FEES | $250.00 |
| 3. | FACSIMILE | $3,895.50 |
| 4. | FEDERAL EXPRESS | $2,088.48 |
| 5. | LONG DISTANCE TELEPHONE | $1,483.42 |
| 6. | ON-LINE RESEARCH | $5,629.70 |
| 7. | OUTSIDE COPY SERVICE | $5,599.77 |
| 8. | PARKING | $139.00 |
| 9. | PHOTOCOPIES | $7,739.40 |
| 10. | POSTAGE | $216.07 |
| 11. | SERVICE FEE | $740.00 |

1    EXHIBIT

B

| 12. | SUPPLIES | $246.01 |
| 13. | TRANSPORTATION EXPENSE | $616.66 |
| 14. | TRAVEL - AIRFARE | $15,760.60 |
| 15. | TRAVEL - HOTEL | $3,482.56 |
| 16. | COURIER | $17.00 |
| 17. | PROFESSIONAL SERVICES | $10,007.00 |
| 18. | WITNESS FEE | $50.00 |
| 19. | TRANSCRIPTS | $2,298.07 |
| 20. | CLASS REPRESENTATIVE EXPENSES/TRAVEL | $5,287.74 |
| 21. | DOCUMENT PRODUCTION | $7,824.26 |

**TOTAL EXPENSES:** **$74,417.80**

**(PREPARED ON 08-03-06)**