IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| DONALD P. SPEAKMAN, STEPHEN H. WEDEL and MARK L. ROBARE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALLMERICA FINANCIAL LIFE INS. & ANNUITY CO., FIRST ALLMERICA FINANCIAL LIFE INS. CO., and ALLMERICA FINANCIAL CORP. <br><br> Defendants. | § § § § § § § § § § § § § § § § Civil Action No. 4:04-cv-40077-FDS |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE STIPULATION OF SETTLEMENT

Plaintiffs, Donald P. Speakman, Stephen H. Wedel and Mark L. Robare (Plaintiffs") make this Unopposed Motion For Final Approval of the Stipulation of Settlement, and state as follows:

1. On May 23, 2006, after extensive arm's length negotiations, Plaintiffs and Defendants entered into a Stipulation of Settlement (the "Proposed Settlement").

2. The Proposed Settlement resolves all the claims and counterclaims in this lawsuit, and provides substantial relief to the Class.

3. In accordance with the Order Preliminarily Certifying Class for Settlement Purposes Only, Appointing Lead Counsel for the Class, Directing Issuance of a Class Notice to the Class, and Scheduling A Fairness Hearing entered on June 26, 2006, notice was timely sent to the Class. No Class Member objected to the Proposed Settlement and only 9 Requests for Exclusion were received out of 132 Class Members (approximately 7% of the Class).

Plaintiffs request that this Court enter the Final Order and Judgment Approving Class Settlement.

Dated this 4th day of August, 2006.

                                                                 Respectfully submitted,

*/s/ Robert W. Biederman*
Stephen L. Hubbard
Robert W. Biederman
Mass. Bar No. 562279
**HUBBARD & BIEDERMAN, LLP**
1717 Main Street, Suite 4700
Dallas, Texas 75201
Telephone: (214) 857-6000
Facsimile: (214) 857-6001
*slhubbard@hblawfirm.com*
*rwbiederman@hblawfirm.com*

Nancy Freeman Gans
Mass. Bar No. 184540
**MOULTON & GANS, P.C.**
55 Cleveland Road
Wellesley, MA 02481
Telephone: (781) 235-2246
Facsimile: (781) 239-0353
*nfgans@aol.com*

ATTORNEYS FOR PLAINTIFFS
AND THE CLASS

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 4, 2006.

    Andrea J. Robinson, Esq.
    Jonathan A. Shapiro, Esq.
    Eric D. Levin, Esq.
    Brett R. Budzinski, Esq.
    WILMER CUTLER PICKERING HALE and DORR LLP
    60 State Street
    Boston, MA 02109
    (617) 526-5000 fax

    Brian E. Whiteley (BBO No. 555683)
    SCIBELLI, WHITELEY & STANGANELLI, LLP
    50 Federal Street, 5th Floor
    Boston, MA 02110
    (617) 722-6003 fax


            */s/ Robert W. Biederman*
            ROBERT W. BIEDERMAN