**Tab 1**

LETTER OF INSTRUCTION

July 18, 2006

Clerk of the Court
U.S. District Court for the District of Massachusetts
P.O. Box 961485
Boston, MA 02196

**Re: Exclusion Request**

To whom it may concern:

I Stephan C. Oster request to be excluded from the Class in the **"Donald P. Speakman, Stephen H. Wedel, and Mark L. Robare Individually and On Behalf of All Others vs. Allmerica Financial Life Ins. & Annuity Co., First America Financial Life Ins. Co., and Allmerica Financial Corp.," Case No. 4:04-cv-40077-FDS.**

If you have any questions or need additional information please contact me at:

5332 Blue Iris Ct.
Norcross, GA 30092
Phone: 770-849-0099

Sincerely,

Stephan C. Oster


CC: Hubbard & Biederman, LLP
    Wilmer Cutler Pickering Hale and Dorr LLP

**Tab 2**

Case 4:04-cv-40077-FDS   Document 88-2   Filed 08/10/2006   Page 3 of 19

**CASE # 4:04-CV-40077-FDS**

proceeding; and, as set forth in the Settlement Agreement, certain claims that Defendants potentially may be able to assert in the future would be subject to mandatory arbitration.

Because the Class Members' Release and the Defendants' Release are critical elements of the proposed settlement, they are reprinted in their entirety in Appendix A, together with the provisions of the Settlement Agreement pertaining to arbitration.

**SPEAKMAN ET AL V. ALLMERICA**

6. **EXCLUSION FROM THE CLASS:**

    A.    Request for Exclusion. You may request to be <u>excluded</u> from the Class. If you do, you will *not* receive settlement benefits, you will remain subject to Allmerica's Counterclaims and claims it may assert in the future, and you may *not* file an objection with the Court. To request exclusion, you must send a written request to the Clerk of the Court, with copies to Lead Counsel and Allmerica's Counsel, no later than July 27, 2006 at the following addresses:

    Clerk of the Court
    U.S. District Court for the District of Massachusetts
    P.O. Box 961485
    Boston, MA 02196

    **Lead Counsel**
    Stephen L. Hubbard, Esq.
    Robert W. Biederman, Esq.
    Hubbard & Biederman, LLP
    1717 Main Street, Suite 4700
    Dallas, Texas 75201

    **Allmerica's Counsel**
    Andrea J. Robinson, Esq.
    Jonathan A. Shapiro, Esq.
    Wilmer Cutler Pickering Hale and Dorr LLP
    60 State Street
    Boston, MA 02109

July 13, 2006

Please exclude me from the Class.

Thank you,

*Virdyn R. Caldwell*

VIRDYN R. CALDWELL
757 FRUITHURST DR
PITTSBURGH PA 15228-2535
412-531-5310

w/ cc to others

**Tab 3**

**Bates**
WILLIAM E. BATES, CLU, ChFC
FINANCIAL PLANNER

FINANCIAL GROUP

July 21, 2006

Clerk of the Court
U.S. District Court for the District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA 01608
Re: Case No.04-40077-FDS

Clerk of Courts:

In the Proposed Settlement of a Class Action Lawsuit of Donald P. Speakman, Stephen H. Wedel, and Mark L. Robare, Individually and On Behalf of All Others Similarly Situated, as Plaintiffs and Counterclaim Defendants, vs. Allmerica Financial Life Insurance and Annuity Co., First Allmerica Financial Life Insurance Co., and Allmerica Financial Corp., Defendant and Counterclaim Plaintiffs. I William E. Bates have elected to opt out of the settlement and to stay in the Allmerica Trails Program. If you have any questions please feel free to call me at 412-201-5850.

Thank You,

*William E. Bates*

William E. Bates, CLU, ChFC
600 Grant Street
Suite 1200
Pittsburgh, PA 15219

USS Tower, Suite 1200 • 600 Grant Street • Pittsburgh, PA 15219 • 800-569-9367 • Tel: 412-201-5850 • Fax: 412-201-2524 • bates.bill@principal.com

Securities and advisory products offered through Princor Financial Services Corporation, 800/247-4123, member SIPC, Des Moines, IA 50392.
Bates Financial Group is not an affiliate of Princor. William E. Bates, Princor Registered Representative, Financial Planner, Agent, Principal Life Insurance Company.

**Tab 4**



William D. Gullborg, CFS, CSA
Financial Planner

William J. Mihm, CFS, CSA
Financial Planner

July 20, 2006

Clerk of the Court
U.S. District Court for the District of Massachusetts
P.O. Box 961485
Boston, MA 02196

**Civil Action No. 4:04-cv-40077-FDS**

DONALD P. SPEAKMAN, STEPHEN H. WEDEL and MARK L. ROBARE,
Individually and on Behalf of All Others Similarly Situated,
        Plaintiffs and Counterclaim Defendants,
v.
ALLMERICA FINANCIAL LIFE INS. & ANNUITY CO., FIRST ALLMERICA FINANCIAL
LIFE INS. CO., and ALLMERICA FINANCIAL CORP.,
        Defendants and Counterclaim Plaintiffs

Please accept this letter as my *Exclusion Request* per your request involving the above referenced civil action.

1) William J. Mihm
   3908 Washington Road
   McMurray, PA 15317
   (724) 731-0046

2) I, William J. Mihm, wish to be excluded from the class.

3) **Civil Action No. 4:04-cv-40077-FDS**

   DONALD P. SPEAKMAN, STEPHEN H. WEDEL and MARK L. ROBARE,
   Individually and on Behalf of All Others Similarly Situated,
           Plaintiffs and Counterclaim Defendants,
   v.
   ALLMERICA FINANCIAL LIFE INS. & ANNUITY CO., FIRST ALLMERICA
   FINANCIAL LIFE INS. CO., and ALLMERICA FINANCIAL CORP.,
           Defendants and Counterclaim Plaintiffs

Best regards,

*[signature]*

William J. Mihm, CFS, CSA

3908 Washington Road, McMurray, PA 15317 ♦ Phone: (724) 731-0046 ♦ (877) 833-4596 ♦ Fax: (724) 731-0056
E-mails: wdgullborg@comcast.net ♦ billmihm@comcast.net   Website: www.wealthmr.com

Securities and Investment Advisory Services are offered through H. Beck, Inc., 11140 Rockville Pike, 4th Floor, Rockville, MD 20852
(301) 468-0100, Member NASD, SIPC. H. Beck, Inc. and Wealth Management Resources are unaffiliated entities.

**Tab 5**

# THOMAS STROYNE [Ts] Financial Services

Thomas J. Stroyne, CFS
Financial Consultant

3908 Washington Road,
McMurray, PA 15317

July 19, 2006

Clerk of the Court
U.S. District Court for the District of Massachusetts
P.O. Box 961485
Boston, MA  02196

**Civil Action No. 4:04-cv-40077-FDS**

DONALD P. SPEAKMAN, STEPHEN H. WEDEL and MARK L. ROBARE,
Individually and on Behalf of All Others Similarly Situated,
                        Plaintiffs and Counterclaim Defendants,
v.

ALLMERICA FINANCIAL LIFE INS. & ANNUITY CO., FIRST ALLMERICA FINANCIAL LIFE INS. CO., and ALLMERICA FINANCIAL CORP.,
                        Defendants and Counterclaim Plaintiffs

Dear Sir / Madam,

Please accept this letter as my *Exclusion Request* per your request involving the above referenced civil action.

    1.)    Thomas J. Stroyne
            3908 Washington Road
            McMurray, PA  15317
            (724) 731-0011

    2.)    I, Thomas J. Stroyne, wish to be excluded from the class.

    3.)    **Civil Action No. 4:04-cv-40077-FDS**

            DONALD P. SPEAKMAN, STEPHEN H. WEDEL and MARK L. ROBARE,
            Individually and on Behalf of All Others Similarly Situated,
                        Plaintiffs and Counterclaim Defendants,
            v.
            ALLMERICA FINANCIAL LIFE INS. & ANNUITY CO., FIRST ALLMERICA
            FINANCIAL LIFE INS. CO., and ALLMERICA FINANCIAL CORP.,
                        Defendants and Counterclaim Plaintiffs

Best regards,

*[signature]*

Thomas J. Stroyne, CFS

phone » 724·731·0011
toll free » 877·420·3786
fax » 724·731·0056

e-mail » tstroyne@adelphia·net
web » www·tstroynefinancial·com

Securities offered through **Securities America, Inc.**, Member NASD/SIPC, Thomas Stroyne, Registered Representative and
Advisory Services offered through **Securities America Advisors, Inc.**, Thomas Stroyne, Financial Planner
Thomas Stroyne and Securities America, Inc. are not affiliated.

**Tab 6**

July 11, 2006

Clerk of the Court
U.S. District Court for the District of Massachusetts
P O Box 961485
Boston MA 02196

Dear Sir:

    Please exclude me from the Civil Action No. 4:04-cv-40077FDS

    Donald P Speakman, Stephen H Wedel and Mark L Robare, Individually and on Behalf of All Others Similarly Situated, Plaintiffs and Counterclaim Defendants,

    v.

    Allmerica Financial Life Ins. & Annuity Co., First Allmerica Financial Life Ins. Co., and Allmerica Financial Corp., Defendants and Counterclaim Plaintiffs.

Sincerely,

*[signature]*

James W. Kuekan, CLU, ChFC, RHU
122 North Street
Shrewsbury MA 01545-1634
508-926-1445


Cc:    Stephen L Hubbard, Esq.
    Robert W Biederman, Esq.
    Hubbard & Biederman, LLP
    1717 Main Street, Suite 4700
    Dallas  Texas 75201

    Andrea J Robinson, Esq.
    Jonathan A Shapiro, Esq.
    Wilmer Cutler Pickering Hale and Dorr LLP
    60 State Street
    Boston  MA 02109

**Tab 7**

proceeding, and, as set forth in the Settlement Agreement, certain claims that Defendants potentially may be able to assert in the future would be subject to mandatory arbitration.

Because the Class Members' Release and the Defendants' Release are critical elements of the proposed settlement, they are reprinted in their entirety in Appendix A, together with the provisions of the Settlement Agreement pertaining to arbitration.

6.   **EXCLUSION FROM THE CLASS.**

*[Handwritten: Please exclude me! Civil Action No. 4:04-CV-40077-FDS]*

A.   <u>Request for Exclusion.</u> You may request to be excluded from the Class. If you do, you will *not* receive settlement benefits, you will remain subject to Allmerica's Counterclaims and claims it may assert in the future, and you may *not* file an objection with the Court. To request exclusion, you must send a written request to the Clerk of the Court, with copies to Lead Counsel and Allmerica's Counsel, no later than July 27, 2006 at the following addresses:

*[Handwritten: Please exclude me! Thank you, John C. Vaughan, John C. Vaughan, 5106 Bronwyn Court, Gibsonia, PA 15044, (734) 443-4065]*

Clerk of the Court
U.S. District Court for the District of Massachusetts
P.O. Box 961485
Boston, MA 02196

**Lead Counsel**
Stephen L. Hubbard, Esq.
Robert W. Biederman, Esq.
Hubbard & Biederman, LLP
1717 Main Street, Suite 4700
Dallas, Texas 75201

*[Handwritten: (214) 857-6000]*

*[Handwritten: Case Name: Donald P. Speakman, Stephen H. Wedel, and Mark H. Robare, Individually and On Behalf of All Others Similarly Situated, Plaintiffs and Counterclaim Defendants v. Allmerica Financial Life Ins. and Annuity Co., First Allmerica Financial Life Ins. Co, and Allmerica Financial Corp., Defendants and Counterclaim Plaintiffs.]*

**Allmerica's Counsel**
Andrea J. Robinson, Esq.
Jonathan A. Shapiro, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

*[Handwritten: (617) 526-6000]*

You must include in your request *(i)* your name, address and telephone number, *(ii)* a statement that you want to be excluded, *(iii)* the case name and case number, as indicated on the first page of this Notice, and *(iv)* your signature. *Be sure to write "Exclusion Request" on the lower left-hand corner of the front of the envelope.*

*[Handwritten signature: John C. Vaughan 7/21/06]*

**ANY REQUEST FOR EXCLUSION <u>MUST</u> BE POSTMARKED BY JULY 27, 2006.**

A request for exclusion will be **invalid** if it does not provide all of the requested information, is postmarked after the deadline or is not sent to the correct address. A Class Member sending an invalid request for exclusion will be treated as if he or she did not send any request for exclusion at all.

- 6 -

**Tab 8**



**BELLIS & ASSOCIATES**
FINANCIAL SERVICES

DAVID R. BELLIS, CLU, CHFC, MSFS
MICHAEL D. BELLIS, CFP™, CLU
FINANCIAL PLANNERS

## Request for Exclusion from the Class Action

July 21, 2006

Clerk of the Court
U.S. District Court for the District of Massachusetts
P.O. Box 961485
Boston, MA 02196

Regarding:   David R. Bellis

Home address: 836 Glenmore Court
                Naperville, IL 60540
                Home Phone (630) 961-0253
                Work Phone (630) 420-3300 ext 223

Please exclude me from this class action suit:

Donald P. Speakman, Stephen H. Wedel, and Mark L. Robare, Individually and On Behalf of All Others similarly Situated, Plaintiffs and Counterclaim Defendants, v.

Allmerica Financial Life Ins. & Annuity Co., First Allmerica Financial Life Ins. Co., and Allmerica Financial Corp., Defendants and Counterclaim Plaintiffs.

Civil Action No. 4:04-cv-40077-FDS.

Sincerely,

*David R. Bellis*

David R. Bellis

cc Lead Counsel, Stephen L. Hubbard, Esq. & Robert W. Biederman, Esq.
cc Allmerica's Counsel, Andrea J. Robinson, Esq. & Jonathan A. Shapiro, Esq.

1555 NAPERVILLE/WHEATON ROAD, STE. 106 • NAPERVILLE, IL 60563
630-420-3300 • FAX 630-420-3301 • DRBELLIS@BELLIS-ASSOC.COM & MDBELLIS@BELLIS-ASSOC.COM

SECURITIES AND FINANCIAL PLANNING PROVIDED THROUGH WATERSTONE FINANCIAL GROUP, A REGISTERED BROKER-DEALER
AND MEMBER NASD - SIPC, AND REGISTERED INVESTMENT ADVISER. 500 PARK BLVD., SUITE 800, ITASCA, IL 60143  630-250-7000
BELLIS & ASSOCIATES FINANCIAL SERVICES AND WATERSTONE FINANCIAL GROUP ARE INDEPENDENT COMPANIES.

**Tab 9**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| DONALD P. SPEAKMAN, STEPHEN H. WEDEL, and MARK L. ROBARE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>ALLMERICA FINANCIAL LIFE INS. & ANNUITY CO., FIRST ALLMERICA FINANCIAL LIFE INS. CO., and ALLMERICA FINANCIAL CORP.,<br><br>Defendants and Counterclaim Plaintiffs. | CIVIL ACTION NO. 4:04-cv-40077-FDS |

**REQUEST FOR EXCLUSION FROM THE CLASS**

My name is Marilyn Bonlie. My address and phone number are 3323 Saint Cloud Circle, Dallas, Texas 75229, 214-350-4225. Pursuant to the Notice dated June 27, 2006, I request that I be excluded from the class in the above-referenced action.

_Marilyn Bonlie_
Marilyn Bonlie     Exec. to Estate of
_7-25-06_          Ben Franklin
Date

cc: Clerk of the Court
U.S. District Court for the District of Massachusetts
P.O. Box 961485
Boston, Massachusetts 02196

**Lead Counsel:**
Stephen L. Hubbard, Esq.
Robert W. Biederman, Esq.
Hubbard & Biederman, LLP
1717 Main Street, Suite 4700
Dallas, Texas 75201

**Counsel for Allmerica:**
Andrea J. Robinson, Esq.
Jonathan A. Shapiro, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109