IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | | |
|---|---|---|
| DONALD P. SPEAKMAN, STEPHEN H. WEDEL and MARK L. ROBARE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLMERICA FINANCIAL LIFE INS. & ANNUITY CO., FIRST ALLMERICA FINANCIAL LIFE INS. CO., and ALLMERICA FINANCIAL CORP.<br><br>Defendants. | § § § § § § § § § § § § § § § § § | Civil Action No. 4:04-cv-40077-FDS |

## ORDER GRANTING PLAINTIFFS' MOTION FOR INCENTIVE AWARDS AND PLAINTIFFS' COUNSEL'S MOTION FOR ATTORNEYS' FEES AND EXPENSES

This matter having come on to be heard on August 11, 2006 on Plaintiffs' Motion for Incentive Awards and Plaintiffs' Counsel's Motion for Attorneys' Fees and Expenses (the "Motion"); the parties through their counsel having appeared; the Court having reviewed the submissions in support of the Motion; Defendants not opposing the Motion; no objection to the Motion having been made or filed; and the Court having considered the evidence before it,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. All capitalized terms not otherwise defined here shall have the same meaning as defined in the Stipulation of Settlement dated May 23, 2006 ("Stipulation of Settlement");

2. Plaintiffs' Counsel are hereby awarded Attorneys' Fees, inclusive of expenses, in the amount of $ 2,600,000.00 . This amount shall be paid by Defendants to Hubbard & Biederman, LLP, Lead Counsel for the Class, within ten (10) business days of the Final

Settlement Date. Lead Counsel shall allocate and distribute the Attorneys' Fees among Plaintiffs' Counsel; and

    3.    Plaintiffs and Class Representatives Donald P. Speakman, Stephen H. Wedel and Mark L. Robare are granted Incentive Awards in the amount of $ *20,000.00* each. These amounts shall be paid by Defendants within ten (10) business days of the Final Settlement Date.

Date: *August 11, 2006*

                                                   JUDGE F. DENNIS SAYLOR, IV
                                                   UNITED STATES DISTRICT JUDGE