UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Donald Speakman, Stephen H. Wedel, and Mark L. Robare, Individually And On Behalf Of All Others Similarly Situated,**
          Plaintiffs,

V.

**Allmerica Financial Life Ins. & Annuity Co., First Allmerica Financial Life Ins. Co., and Allmerica Financial Corp.,**
          Defendants,

CIVIL ACTION

NO. <u>04-40077-FDS</u>

## <u>JUDGMENT</u>

<u>Saylor</u>, D. J.

In accordance with the Court's Final Order and Judgment Approving Class Settlement, dated <u>8/11/06</u> in the above-entitled action, it is hereby ORDERED:

Judgment for the <u>Plaintiffs</u>

By the Court,

<u>    8/17/06    </u>              <u>/s/ Martin Castles</u>
Date                                          Deputy Clerk