UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE

Marc R. Gillespie,                                 Case No. 05-23939
dba Mark R. Gillespie, Financial Planner     Chapter 7

                    Debtor.

## ORDER

     WARREN H. HEILBRONNER, Chapter 7 Trustee of the above-named debtor having moved by Notice dated July 12, 2006 for an Order approving the proposed settlement agreement in a class action against Allmerica Financial Life Ins. Co. and others in which debtor is a member of the class, which action was commenced prior to the commencement of this case, and said Notice of Motion having been served upon all parties interested in this proceeding and this matter having come before this Court on the 9th day of August, 2006, and no one having appeared in opposition to the motion, it is

     ORDERED that the Stipulation of Settlement by and between Donald P. Speakman, Stephen H. Wedel and Mark L. Robare, individually and as representatives of others similarly situated, on the one hand, and Allmerica Financial Life Insurance and Annuity Company, The Hanover Insurance Group, Inc., formerly known as Allmerica Financial Corporation, and First Allmerica Financial Life Insurance Company, on the other hand, ("Proposed Settlement") is hereby approved in all respects with respect to Marc R. Gillespie dba Marc R. Gillespie, Financial Planner, and all the terms of the Proposed Settlement are incorporated and apply as to Marc R. Gillespie, debtor, who is a member of the Class as defined in the Proposed Settlement; and it is further

     ORDERED, that the Trustee is authorized to execute all documents necessary to effectuate the settlement on behalf of the debtor; and it is further

     ORDERED, that all proceeds from the settlement which are due to the debtor shall be paid to Warren H. Heilbronner as his Trustee.

Dated: 8/10, 2006
Rochester, New York

                                                    Bankruptcy Judge

FILED AUG 1 0 2006
BANKRUPTCY COURT
ROCHESTER, NY

EXHIBIT A

CERTIFIED COPY
ATTEST: A TRUE COPY
PAUL R. WARREN
Clerk of the Court
By Ginny Wheeler
Deputy Clerk
Original Filed 8/10/06