UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| DONALD P. SPEAKMAN, STEPHEN H. WEDEL, and MARK L. ROBARE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALLMERICA FINANCIAL LIFE INS. & ANNUITY CO., FIRST ALLMERICA FINANCIAL LIFE INS. CO., and ALLMERICA FINANCIAL CORP., <br><br> Defendants. | Civil Action No. 4:04-cv-40077-FDS |

**DEFENDANTS' ASSENTED-TO MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION BRIEF TO MOTION FOR RELIEF FROM JUDGMENT**

Defendants and Counterclaim Plaintiffs Allmerica Financial Life Insurance and Annuity Co., First Allmerica Financial Life Insurance Co., and Allmerica Financial Corp. (collectively, "Allmerica" or "Defendants") respectfully move for an extension of time to file their Opposition Brief to the Motion Of Jordan Gates For Relief From Judgment from October 25, 2006 to November 15, 2006.  Mr. Gates has assented to the requested extension.

As grounds for this motion, Defendants state as follows:

1. Mr. Gates filed his Motion for Relief From Judgment on October 11, 2006.

2. Defendants' Opposition Brief is currently due on October 25, 2006.

3. Defendants seek an extension of time to November 15, 2006 to file their Opposition Brief in order to accommodate their professional and personal schedules.

4. Mr. Gates has assented to the requested extension of time.

-2-

WHEREFORE, Allmerica respectfully requests that the Court extend the deadline for filing its Opposition to the Motion Of Jordan Gates For Relief From Judgment to November 15, 2006.

        Respectfully submitted,

        ALLMERICA FINANCIAL LIFE INSURANCE & ANNUITY CO., FIRST ALLMERICA FINANCIAL LIFE INSURANCE CO., and ALLMERICA FINANCIAL CORP.

        By their attorneys,

        /s/ Brett R. Budzinski
        Andrea J. Robinson (BBO No. 556337)
        Jonathan A. Shapiro (BBO No. 567838)
        Eric D. Levin (BBO No. 639717)
        Brett R. Budzinski (BBO No. 655238)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, MA 02109
        (617) 526-6000

Dated: October 24, 2006

Case 4:04-cv-40077-FDS   Document 103   Filed 10/24/2006   Page 3 of 3

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served on this 24th day of October 2006 by <u>overnight mail</u> on:

Mark W. Corner
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA 02108

Nancy Freeman Gans
Moulton & Gans, LLP
55 Cleveland Road
Wellesley, MA 02481

Stephen L. Hubbard
Robert W. Biederman
Hubbard & Biederman, LLP
1717 Main Street, Suite 4700
Dallas, TX 75201

                                                                   /s/ Brett R. Budzinski
                                                                   Brett R. Budzinski

-3-

US1DOCS 5899239v1