UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |  |
|---|---|---|
| DONALD P. SPEAKMAN, STEPHEN H. WEDEL, and MARK L. ROBARE, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 4:04-cv-40077-FDS |
| ALLMERICA FINANCIAL LIFE INS. & ANNUITY CO., FIRST ALLMERICA FINANCIAL LIFE INS. CO., and ALLMERICA FINANCIAL CORP., | ) ) ) ) ) | |
| Defendants. | ) ) | |

**ASSENTED TO MOTION FOR LEAVE
TO FILE SUR-REPLY BRIEF IN OPPOSITION TO
MOTION OF JORDAN P. GATES FOR RELIEF FROM JUDGMENT**

Defendants Allmerica Financial Life Ins. and Annuity Co., First Allmerica Financial Life Ins. Co., and The Hanover Insurance Group, Inc. formerly known as Allmerica Financial Corporation (collectively "Allmerica" or "Defendants") respectfully request leave to file the accompanying Sur-Reply Brief in Further Opposition to Motion of Jordan P. Gates for Relief from Judgment.

Defendants believe that the Sur-Reply Brief is necessary to respond to certain arguments newly raised in Mr. Gates' Reply Memorandum, and that it will assist the Court's consideration of Gates' pending Motion for Relief From Judgment.

A copy of the proposed Sur-Reply Brief is attached hereto as Exhibit 1.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), on January 4, 2007, counsel for Allmerica conferred with Mark Corner, counsel for Mr. Gates in this matter, regarding this Motion.  Mr. Corner indicated that he would assent to the Motion.

Respectfully submitted,

ALLMERICA FINANCIAL LIFE INSURANCE &
ANNUITY CO., FIRST ALLMERICA
FINANCIAL LIFE INSURANCE CO., and
ALLMERICA FINANCIAL CORP.

By their attorneys,

/s/ Jonathan A. Shapiro
Andrea J. Robinson (BBO No. 556337)
Jonathan A. Shapiro (BBO No. 567838)
Eric D. Levin (BBO No. 639717)
Brett R. Budzinski (BBO No. 655238)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: January 5, 2007

US1DOCS 6004644v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the above document was served on this 5th day of January 2007 by <u>overnight mail</u> on:

Mark W. Corner
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA 02108

Nancy Freeman Gans
Moulton & Gans, P.C.
33 Broad Street
Boston, MA 02109-4216

Stephen L. Hubbard
Robert W. Biederman
David M. Grossman
Hubbard & Biederman, LLP
1717 Main Street, Suite 4700
Dallas, TX 75201

/s Jonathan A. Shapiro
Jonathan A. Shapiro

US1DOCS 6004644v1