UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Donald Speakman , et al.

V.                                    Case No. 04-CV-40077

Allmerica Financial Life Insurance, et al.

## R E C E I P T

Received of the Clerk, U.S. District Court, the following documents and/or exhibits
in the above-entitled case:

Document # _____

_____

_____

_____

Name: _BARBARA CARRIERE C/o FLYNN Reporting_
Address: _/ EXCHANGE PL._
_WORCESTER, MA 01608_

Telephone: _508-755-1303_

Date: _4/11/08_

(exh&docs.rct - 09/96)                                    [rcpt.]
                                                         [krcpt.]